# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2117
LT Case No. 2023-MM-001241-A

_____

KARL BRIAN MASON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Duval County.
Robin E. Lanigan, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daren L. Shippy, Assistant Attorney General, Jacksonville, for Appellee.

July 11, 2025

PER CURIAM.

    Karl Mason appeals his judgment and sentence, alleging error in the trial court's denial of his motions for judgment of acquittal and mistrial. We affirm on all issues raised except one. Mason points out that after filing a motion to correct sentencing error contesting the imposition of $50.00 investigative costs, the trial

court granted the motion but mistakenly struck the $50.00 prosecution fee instead. Based on this scrivener's error, we remand to have the $50.00 prosecution fee reinstated and the $50.00 investigative cost struck.

AFFIRMED in part, REVERSED in part and REMANDED with instructions.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____